```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 06 B 01813
   SHENETA LATRICE VAUGHN
                                        CHAPTER 13

                                        JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-0946


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/28/2006 and was confirmed 06/28/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/23/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
ARONSON FURNITURE         SECURED               680.00         79.84          227.78
WELLS FARGO BANK          CURRENT MORTG       15746.70           .00        15746.70
WELLS FARGO BANK          MORTGAGE ARRE        5234.92           .00         2084.10
COUNTRYWIDE HOME LOANS    NOTICE ONLY       NOT FILED            .00             .00
COUNTRYWIDE HOME LOANS I  NOTICE ONLY       NOT FILED            .00             .00
SHAPIRO & FISHER          NOTICE ONLY       NOT FILED            .00             .00
WELLS FARGO BANK          NOTICE ONLY       NOT FILED            .00             .00
HSBC AUTO FINANCE         SECURED              7890.17        993.38         2053.76
AMERICAN EDUCATION SERVI  UNSECURED              .00             .00             .00
EDUCAID                   NOTICE ONLY       NOT FILED            .00             .00
AMERICASH LOANS           UNSECURED         NOT FILED            .00             .00
MARAUDER CORP             NOTICE ONLY       NOT FILED            .00             .00
BALLYS TOTAL FITNESS      UNSECURED         NOT FILED            .00             .00
B-LINE LLC                UNSECURED             481.10           .00           48.11
FIRST REVENUE ASSURANCE   NOTICE ONLY       NOT FILED            .00             .00
FIRST REVENUE ASSURANCE   NOTICE ONLY       NOT FILED            .00             .00
COMCAST                   UNSECURED         NOT FILED            .00             .00
CREDIT PROTECTION ASSOCI  NOTICE ONLY       NOT FILED            .00             .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED            .00             .00
NCO FINANCIAL SYSTEMS     NOTICE ONLY       NOT FILED            .00             .00
COUNTRY COMPANIES MUTUAL  UNSECURED         NOT FILED            .00             .00
CREDIT PROTECTION ASSOCI  UNSECURED         NOT FILED            .00             .00
D WALLACE                 UNSECURED         NOT FILED            .00             .00
DEVRY INC                 UNSECURED              .00             .00             .00
DIRECTV                   UNSECURED         NOT FILED            .00             .00
ALLIED INTERSTATE         NOTICE ONLY       NOT FILED            .00             .00
AT & T WIRELESS           UNSECURED         NOT FILED            .00             .00
MARAUDER CORP             UNSECURED         NOT FILED            .00             .00
HARRIS & HARRIS           UNSECURED         NOT FILED            .00             .00
MED1 IMH LABORATORY       UNSECURED         NOT FILED            .00             .00
AMO RECOVERIES            NOTICE ONLY       NOT FILED            .00             .00
MONTEREY VILLAGE & CONDO  UNSECURED         NOT FILED            .00             .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 01813 SHENETA LATRICE VAUGHN
```

```
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED              .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          223.45              .00            22.35
NICOR GAS                  UNSECURED       NOT FILED              .00              .00
ISAC                       UNSECURED             .00              .00              .00
SM SERVICING               NOTICE ONLY     NOT FILED              .00              .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED              .00              .00
AT & T BANKRUPCTY          NOTICE ONLY     NOT FILED              .00              .00
PORTFOLIO RECOVERY ASSOC   NOTICE ONLY     NOT FILED              .00              .00
AFNI                       UNSECURED          413.94              .00            41.39
AMERICAN EDUCATION SERVI   UNSECURED             .00              .00              .00
ARONSON FURNITURE          UNSECURED           10.78              .00             1.08
DEVRY INC                  UNSECURED             .00              .00              .00
AMERICAN EDUCATION SERVI   FILED LATE            .00              .00              .00
AMERICAN EDUCATION SERVI   FILED LATE            .00              .00              .00
AMERICAN EDUCATION SERVI   FILED LATE            .00              .00              .00
AMERICAN EDUCATION SERVI   UNSECURED             .00              .00              .00
LEDFORD & WU               DEBTOR ATTY     2,750.00                          2,750.00
TOM VAUGHN                 TRUSTEE                                           1,424.70
DEBTOR REFUND              REFUND                                                  .00

          Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE            25,473.19

PRIORITY                                             .00
SECURED                                        20,112.34
    INTEREST                                    1,073.22
UNSECURED                                         112.93
ADMINISTRATIVE                                  2,750.00
TRUSTEE COMPENSATION                            1,424.70
DEBTOR REFUND                                        .00
                   ---------------       ---------------
TOTALS             25,473.19                   25,473.19
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 07/23/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 06 B 01813 SHENETA LATRICE VAUGHN